| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JUSTIN CURRINGTON,                     §
                                       §
        Plaintiff,                     §
                                       §
versus                                 §    CIVIL ACTION NO. 1:12-CV-589
                                       §
XTO ENERGY, INC. and SDS               §
PETROLEUM CONSULTANTS, LLC,            §
                                       §
        Defendants.                    §

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum and Order signed on August 26, 2015, summary judgment is granted in favor of Defendants XTO Energy, Inc. and SDS Petroleum Consultants, LLC. Plaintiff Justin Currington shall take nothing by his claims.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 27th day of August, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE